IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NABEEL IBRAHIM,

Plaintiff,

v. 1:25-cv-00288-JMR-LF

KRISTI NOEM, Secretary of Department of Homeland Security, PAMELA BONDI, U.S. Attorney General, KIKA SCOTT, Senior Official Performing the Duties of Director of United States Citizenship and Immigration Services (USCIS), DEMUS COPELAND, Director of the USCIS Albuquerque Field Office, KASH PATEL, Director of Federal Bureau of Investigations,

Defendants.

**FINAL JUDGMENT**

Pursuant to the Order Granting Joint Motion for Expedited Remand (Doc. 8), the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the matter has been remanded to the United States Citizenship and Immigration Services.

JENNIFER M. ROZZONI
United States Magistrate Judge
Presiding by Consent